## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Land 2 Air Investments LLC, as successor entity by conversion to Land 2 Air Investments LP and as successor to Land 2 Air Investments, LLP,<br><br>  Plaintiff,<br>  vs.<br><br>Flying CPA, LLC, Loni Woodley and Saker Aviation Services, Co.,<br><br>  Defendant. | Case No.: 21-CV-00231 BMJ-JFJ<br><br>**STATUS REPORT** |

Subject: Status Update on Settlement Negotiations and Request for Additional Time

TO THE HONORABLE JUDGE BERNARD JONES:

I hope this message finds you well. I am writing to provide a status update on the ongoing settlement negotiations in the above referenced case.

The parties have continued to engage in negotiations but have not yet reached a settlement agreement. Several issues have arisen that have caused difficulties in communicating offers and receiving responses. Specifically, the Plaintiff's principal has been dealing with an urgent health condition, which has made communication challenging. The principal is currently recovering from major surgery, and this, combined with the holiday season, has resulted in further delays as many individuals are unavailable.

Despite these challenges, the parties remain committed to working towards a resolution. The Plaintiff is prepared to make a counteroffer, but given the current circumstances, we respectfully request additional time to attempt to resolve the matter.

We appreciate the Court's understanding and consideration in this matter. Thank you for your attention to this request.

Respectfully submitted,

/s/ *William W. Camp*
William W. Camp
State Bar No. 00789196
Camp Trial Group
12700 Hillcrest Rd., Ste. 125
Dallas, Texas 75230
Tel: (214) 638-8400
Facsimile: (214) 638-8884

      Email:  Rule21a-Service@camplaw.com
         billcamp@camplaw.com

      James A. McCorquodale
      Texas State Bar No. 13464900
      LAW OFFICE OF SANDY MCCORQUODALE, P.C.
      12700 Hillcrest Road, Suite 125
      Dallas TX 75230
      Tel. 214-712-4472
      Fax 815-572-9448
      Email: sandy@SMQLAW.com

    Attorneys for Plaintiff's Land 2 Air Investments , LLC