**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LAND 2 AIR INVESTMENTS LLC, as successor entity by conversion to LAND 2 AIR INVESTMENTS LP and as successor to LAND 2 AIR INVESTMENTS LLP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FLYING CPA, LLC,<br>LONI WOODLEY, and<br>SAKER AVIATION SERVICES, CO.,<br><br>　　　　Defendants. | Case No. CIV-21-231-BMJ-JFJ |

**ORDER**

Before the Court is the unopposed motion to withdraw as counsel for Defendants, Flying CPA, LLC and Loni Woodley [Doc. No. 173], filed by Marcus N. Ratcliff, Troy J. McPherson, and the law firm Latham, Keele, Lehman, Ratcliff Carter & Clark, P.C. (Movants).  Upon review of the motion, the Court finds that Movants have not set forth a sufficient basis for withdrawal. Accordingly, the Court DENIES the Unopposed Motion to Withdraw.[1]

IT IS SO ORDERED this 10th day of February, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] In light of the upcoming trial in March, the Court encourages the parties to continue to engage in settlement discussions.