# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAND 2 AIR INVESTMENTS LLC, as successor entity by conversion to LAND 2 AIR INVESTMENTS LP and as successor to LAND 2 AIR INVESTMENTS LLP,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FLYING CPA, LLC, LONI WOODLEY, and SAKER AVIATION SERVICES, CO.,<br><br>　　　　　Defendants. | Case No. CIV-21-231-BMJ-JFJ |

## ORDER

Before the Court is the motion for reconsideration [Doc. No. 175], filed by Marcus N. Ratcliff, Troy J. McPherson, and the law firm Latham, Keele, Lehman, Ratcliff Carter & Clark, P.C. (Movants). Upon review of the motion, the Court GRANTS the motion for reconsideration, GRANTS Movants' request for an *ex parte, in camera* hearing, and SETS said hearing on Thursday, February 27, 2025 at 1:00 p.m. at the William J. Holloway, Jr. United States Courthouse, 200 N.W. 4th Street, Oklahoma City, Oklahoma, Room 3018.

IT IS SO ORDERED this 21st day of February, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE