# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAND 2 AIR INVESTMENTS LLC, as successor entity by conversion to LAND 2 AIR INVESTMENTS LP and as successor to LAND 2 AIR INVESTMENTS LLP, <br><br> Plaintiff, <br><br> v. <br><br> FLYING CPA, LLC, LONI WOODLEY, and SAKER AVIATION SERVICES, CO., <br><br> Defendants. | Case No. CIV-21-231-BMJ-JFJ |

## ORDER

Counsel for Defendants Flying CPA, LLC and Loni Woodley (Defendants) filed an unopposed motion to withdraw as counsel, which this Court denied. *See* [Doc. Nos. 173 and 174]. On February 13, 2025, Defendants' counsel filed a motion to reconsider. The Court granted the motion and set counsel's request to withdraw for an *ex parte*, *in camera* hearing. Said hearing was held on March 6, 2025. Having heard the statements of Troy J. McPherson, Defendants' counsel, the Court FINDS there has been an irreparable breakdown in the attorney client relationship and GRANTS Defendants' counsel's motion to withdraw as counsel. Within sixty (60) days, Defendants shall retain new counsel. Further, the Court STRIKES the March 17, 2025 trial setting and all remaining trial submission deadlines. Finally, Defendants' counsel is DIRECTED to forward a copy of this Order to Defendants.

IT IS SO ORDERED this 6th day of March, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE